**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      vs.<br><br>DAVID L. MCMILLAN,<br><br>             Defendant. | No. CV 06-00951 PCT-SMM<br><br>Order Directing Deposit<br>into Registry of the Court |

      Plaintiff, the United States Securities and Exchange Commission ("SEC"), has moved for permission to deposit into the registry of the court a check in the amount of $124,741.67 which is payable to Schooner Financial, the name under which defendant David L. McMillan did business. [Doc. No. 16]  The Court entered a preliminary injunction on April 13, 2006, which enjoined defendant McMillan from further violations of the federal securities laws and froze his assets.  McMillan failed to appear at the hearing and has not filed any responsive pleadings to date.

      Based on the declarations presented by the SEC, the court finds that the check represents principal and interest that was earned on a loan of funds that McMillan obtained from investors and Daniels Recycling, LLC.

      THEREFORE IT IS ORDERED that the SEC may deposit the check payable to Schooner Financial into the registry of the Court into an interest-bearing account.  These funds, together with any interest and income earned thereon (collectively the "Fund"), should be held in the interest-bearing account until further order of the Court.  In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of the Court, to deduct from the income earned on the money in the Fund a fee

equal to ten percent of the income earned on the Fund.  Such fee shall not exceed that authorized by the Judicial Conference of the United States.  After entry of a judgment in this case, the Commission may propose a plan to distribute the Fund subject to the Court's approval.

      Dated this 28th day of August, 2006.

_____
Stephen M. McNamee
United States District Judge