**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. McMILLAN,<br><br>Defendant. | No. CV-06-0951-PCT-SMM<br><br>**ORDER AMENDING ASSET FREEZE** |

Upon the petition of non-party Polly McMillan (Dkt. 21), and good cause appearing,

**IT IS ORDERED** that the April 13, 2006 Order of Preliminary Injunction, Asset Freeze, and Accounting is amended to permit Polly McMillan to sell her residence located at 233 Riverfront Drive, Bullhead City, Arizona (the "Residence"), and to place the proceeds from the sale of the Residence in the registry of the Court, pending final settlement between Polly McMillan and the Securities and Exchange Commission.

Dated this 2nd day of August, 2007.

Stephen M. McNamee
United States District Judge

27903327v1