**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Securities and Exchange Commission,  )<br>　　　　　Plaintiff,　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　　　)<br>David L. McMillan,　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　　　)<br>_____) | No. CV 06-951-PCT- SMM<br><br>**ORDER** |

Pending before the Court is a Petition for Order Re: Disbursement of Registry Funds (Doc. No. 23) filed by non-party Polly McMillan, the former spouse of Defendant David L. McMillan. Plaintiff, Securities and Exchange Commission, filed a response that provided that counsel for non-party had no objection to the proposed order (attached to the response).

Accordingly, in light of Plaintiff's representations to the Court and good cause appearing.

**IT IS ORDERED** that the Court's August 2, 2007, Order Amending Asset Freeze (Doc. No. 22) is further modified to allow Polly McMillan to make three monthly withdrawals of $3000 each with such withdrawals to begin after the proceeds from the sale of Polly McMillan's house (the "House") are placed in the registry of the Court.

**IT IS FURTHER ORDERED** directing the Clerk of the Court is ordered to pay Polly McMillan $3,000 dollars as soon as possible after the initial deposit of the proceeds from the sale of the House into the registry of the Court.

//

//

1    **IT IS FURTHER ORDERED** directing the Clerk of the Court to pay Polly McMillan
2  $3,000 dollars on the thirtieth day after the initial deposit of the proceeds from the sale of the
3  House into the registry of the Court.

4    **IT IS FURTHER ORDERED** directing the Clerk of the Court is additionally ordered to
5  pay Polly McMillan $3,000 dollars on the sixtieth day after the initial deposit of the proceeds
6  from the sale of the House into the registry of the Court.

7    **IT IS FURTHER ORDERED** that the Plaintiff shall file a Status Report with the
8  Court ninety days after Polly McMillan's initial deposit of proceeds from the sale of the
9  House into the registry of the Court.

10 DATED this 27th day of August, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge