**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, ) | No. CV 06-951-PCT-SMM |
| ) Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| David L. McMillan, ) | |
| ) Defendant. ) | |
| _____ ) | |

Pending before the Court is a Status Report Re: Disbursement of Registry Funds (Dkt. 31) filed by Plaintiff Securities and Exchange Commission. Plaintiff asks that the Court allow the parties to negotiate for an additional thirty (30) days. Plaintiff also requests that the Court modify its Order Amending Asset Freeze by ordering the Clerk of the Court to make one additional payment of $3,000 to non-party Polly McMillan from the funds that were deposited into the registry of the Court on August 30, 2007. Plaintiff represents to the Court that it conferred with counsel for non-party Polly McMillan, and that counsel have no objection to Plaintiff's proposal. Accordingly,

**IT IS HEREBY ORDERED** that the Court's August 27, 2007, Order amending asset freeze (Dkt. 25), is further modified to allow Polly McMillan to make one additional monthly withdrawal of $3,000 from the funds deposited into the registry of the Court.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to pay Polly McMillan $3,000 dollars as soon as possible after the entry of this Order.

//

1   **IT IS FURTHER ORDERED** that a Status Conference shall be set in this matter for
2   **Monday, March 3, 2008** at **1:30 p.m.** before the Honorable Stephen M. McNamee,
3   Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 West Washington
4   Street, Phoenix, Arizona.

5   DATED this 18th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge