**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Securities and Exchange Commission,
Plaintiff,
vs.
David L. McMillan,
Defendant.

No. CV 06-951-PCT-SMM

**ORDER**

Upon the request of Plaintiff and non-party Polly McMillan (Dkt. 33), and good cause appearing,

**IT IS HEREBY ORDERED** that Polly McMillan shall surrender $288,677.63 of the $463,677.63 net proceeds from the sale of Polly McMillan's house (the "House") that had been placed into the registry of the Court in August 2007. In surrendering such funds, Polly McMillan fully and completely satisfies her portion of the disgorgement amount owed with David L. McMillan in this matter. Polly McMillan relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Polly McMillan. These funds shall remain in the Court's registry until further order of the Court.

//

//

//

//

**IT IS FURTHER ORDERED** that the Clerk of the Court pay $160,000.00, an amount representing the remaining proceeds from the sale of the House currently on deposit in the registry of the Court, plus all accrued interest, to Polly McMillan as soon as possible.

DATED this 22nd day of February, 2008.

Stephen M. McNamee
United States District Judge