**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | No. CV-06-0951-PCT-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| David L. McMillan, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ——————————————— | ) | |

Upon request of Plaintiff (Dkt. 37) and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's motion to appear telephonically (Dkt. 37).  Counsel for Plaintiff may appear telephonically at the May 5, 2008 status conference by calling Judge McNamee's chambers (602-322-7555) no later than **10:25 a.m. (local time)** on May 5, 2008.

DATED this 28th day of April, 2008.

Stephen M. McNamee
United States District Judge