**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, ) | No. CV-06-0951-PCT-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| David L. McMillan, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Stipulation of Plaintiff Securities and Exchange Commission ("Commission") and interested party Daniell's Recycling, LLC ("Recycling") (Dkt. 39).  Good cause appearing from the parties' Stipulation,

**IT IS HEREBY ORDERED** that the Commission and Recycling shall cause funds from First American Title Insurance Agency of Mohave, Inc. check number 295336328 in the sum of $124,741.67 to be deposited into the registry of the court. This order shall pertain to any check replacing the original check because it had become a stale instrument.

**IT IS FURTHER ORDERED** that the deposit of these funds shall be accompanied by a Notice of Deposit, filed with the Clerk of the Court.

//

//

**IT IS FURTHER ORDERED** that the Clerk is directed to accept these funds and forthwith maintain them in the registry of the court for this matter, but is directed to sequester $76,092.41 of the funds until further order of the court. The remainder of the funds represented by the check are to be maintained with other funds on deposit in this action.

**IT IS FURTHER ORDERED** that Recycling shall be permitted to file a motion without opposition from the Commission to intervene in this matter for the purpose of asserting a claim against the sequestered funds referenced above. By allowing Recycling to intervene, the SEC is not waiving any of its rights or claims to any of the funds represented by the Replacement Check.

**IT IS FURTHER ORDERED** that the Commission and Recycling shall inform the court as to their desire, either by subsequent stipulation or motion, as to how the sequestered funds are to be disbursed at the conclusion of litigation between the parties.

DATED this 5th day of May, 2008.

Stephen M. McNamee
United States District Judge