**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Securities and Exchange Commission,    )    No. CV-06-951-PCT-SMM
                                    )
                                    )    **ORDER**
           Plaintiff,            )
                                    )
v.                                )
                                    )
David L. McMillan,            )
                                    )
           Defendant.           )
                                    )

      In an earlier Order, the Court directed the Clerk of the Court to deposit $125,102.02 into the registry of the Court, but to "sequester $76,092.41 of the funds until further order of the Court."  (Dkt. 44, Order dated June 17, 2008.)  The term "sequester" has a precise meaning, and prevents the Clerk of the Court from investing sequestered funds into the Court Registry Investment System ("CRIS").  Thus, the $76,092.41 is not currently generating interest.

      The direction to sequester the $76,092.41 resulted from the parties' joint motion and proposed order.  (Dkt. 44.)  The Court recognizes the possibility that the parties were unaware that sequestered funds are not invested in CRIS, and therefore do not generate interest.  The Court will therefore direct the Clerk of the Court to invest the $76,092.41 in CRIS, and to take steps to ensure that the $76,092.41 is kept separate from the remaining

1  funds on deposit in this matter.  Should the parties object to this proposed arrangement,

2  they are directed to file notice to that effect by **Friday, August 22, 2008.**

3       Accordingly,

4       **IT IS HEREBY ORDERED** directing the parties to file any objections to the

5  above-proposed course of action, by which $76,092.41 will be invested in CRIS but kept

6  separate from the remaining funds on deposit, by **Friday, August 22, 2008.**

7       **IT IS FURTHER ORDERED** directing the Clerk of the Court to automatically

8  invest the $76,092.41 currently sequestered per Order dated June 17, 2008, if no

9  objections are filed by August 22, 2008.

10      **IT IS FURTHER ORDERED** setting a status conference in this matter for

11 **Monday, September 22, 2008**, at **1:30 p.m.**

12      DATED this 13th day of August, 2008.

13

14

15                    Stephen M. McNamee
                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28