**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | No. CV-06-0951-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| David L. McMillan, | |
| Defendant. | |

Upon request of Plaintiff (Dkt. 47) and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's motion to appear telephonically (Dkt. 47). Counsel for Plaintiff may appear telephonically at the September 22, 2008 status conference by calling Judge McNamee's chambers (602-322-7555) no later than **1:25 p.m. (local time)** on September 22, 2008.

DATED this 11th day of September, 2008.

Stephen M. McNamee
United States District Judge