IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | No. CV 06-951-PCT-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| David L. McMillan, | |
| Defendant. | |

    This matter comes before the Court on Plaintiff, Securities and Exchange Commission's ("Commission"), Response to Points of Clarification Sought by Court Administrator and Motion to Allow Deposit of Additional Funds into Fair Fund. Good cause appearing from the Commission's Response and Motion, it is ordered as follows:

    A.    Within the Court's Registry for this matter (CV-06-0951-PCT-SMM) there shall be three subaccounts. Subaccount 01 contains $288,677.63 that was deposited pursuant to the Court's prior order (Docket No. 22) in August, 2007, as well as $48,649.26, plus $360.35 in accumulated interest, that was deposited in June, 2008, pursuant to Court order. (Docket No. 44). Subaccount 02 contains $76,092.41 which was deposited pursuant to the Court's order in June, 2008, and required sequestration from other funds in the Court's registry pending the Court's resolution of competing claims as to those funds. (Docket No. 44). Subaccount 03 is the Fair Fund, created pursuant to a Court Order issued on April 13, 2009, (Docket No. 53) on motion of the Securities and Exchange Commission.

B. The $288,667 that was ordered to be transferred to the Fair Fund pursuant to a Court Order issued on April 13, 2009, (Docket No. 53) shall be transferred from Subaccount 01 to Subaccount 03.

C. Funds currently sequestered in Subaccount 02 shall remain sequestered in that subaccount fund until further order of the Court.

D. The Clerk of the Court is directed to accept funds in the amount of $500,001 on behalf of Royal Alliance Associates, Inc. from anyone including an escrow agent, and $30,001 on behalf of Brad Parish from anyone including an escrow agent. These funds shall be deposited directly into the Fair Fund created by Order of the Court on April 24, 2009, and designated as Subaccount 03.

DATED this 8th day of May, 2009.

_____
Stephen M. McNamee
United States District Judge