1  Gary R. Blume
   Arizona Bar No. 014736
2  **BLUME LAW FIRM, P.C.**
   11811 North Tatum Blvd., Suite 1080
3  Phoenix, Arizona 85028-1633
   Telephone: (602) 494-7976
4  Telefax: (602) 494-7313
   gblume@blumelawfirm.com
5  Attorney for Pefendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. CV-06-0951-PCT-SMM |
| Plaintiff, | **NOTICE OF DEPOSIT** |
| v. | |
| DAVID L. MCMILLAN, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN, that the undersigned for an on behalf of Bradley Parish, and in accordance with the Order of this Court dated August 2, 2007, hereby places in the Registry of the Court, United States District Court for the District of Arizona, $30,001.00.

**DATED** this 14 day of May, 2009.

BLUME LAW FIRM, P.C.

Gary R. Blume, Attorney at Law
11811 N. Tatum Blvd., Suite 1080
Phoenix, Arizona 85028-1633
Attorney for Petitioner Bradley Parish

### CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David L. McMillan

1  2222 Canyon Drive, Unit #D
2  Costa Mesa, California 92627

3  Leslie Hughes
   John Mulhern, III
4  Securities and Exchange Commission
   1801 California Street, Suite 1500
5  Denver, Colorado 820202

6
   On May 14, 2009, I also mailed a true and correct copy via U.S. Mail of Bradley Parish's Notice
7  of Deposit of Funds, postage prepaid, at the following addresses:

8  David L. McMillan
9  2222 Canyon Drive, Unit #D
   Costa Mesa, California 92627
10
   Leslie Hughes
11 John Mulhern, III
12 Securities and Exchange Commission
   1801 California Street, Suite 1500
13 Denver, Colorado 820202

14 /s/ Lora Blume

BLUME LAW FIRM, P.C.
11811 North Tatum Boulevard, Suite 1080
Phoenix, Arizona 85028-1633
(602) 494-7976